**DISMISSED and Opinion Filed March 22, 2023**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-23-00104-CV

## IN RE JAMES DRAUCKER, Relator

**Original Proceeding from the County Court at Law No. 1**
**Rockwall County, Texas**
**Trial Court Cause No. CR18-1954**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Smith, and Kennedy
Opinion by Justice Smith

In this original proceeding, James Draucker has filed a petition seeking original habeas relief from this Court to contest his April 8, 2022 conviction for driving while intoxicated. Relator has also filed a motion seeking appointment of counsel.

This Court does not have original jurisdiction to consider petitions seeking habeas relief generated in connection with criminal proceedings. *See* TEX. CODE CRIM. PROC. ANN. art. 11.05; TEX. GOV'T CODE ANN. § 22.221(d); *In re Spriggs*, 528 S.W.3d 234, 236 (Tex. App.—Amarillo 2017, orig. proceeding); *In re Ayers*, 515 S.W.3d 356, 356–57 (Tex. App.—Houston [14th Dist.] 2016, orig. proceeding) (per

curiam); *see also In re Thomas*, 05-14-01320-CV, 2014 WL 6546580, at *1 (Tex. App.—Dallas Oct. 23, 2014, orig. proceeding) (mem. op.).

Accordingly, we deny the motion seeking appointment of counsel, and we dismiss the petition for want of jurisdiction.

/Craig Smith/
CRAIG SMITH
JUSTICE

230104F.P05